1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MARK F KOCH,

8

Plaintiff,

9

v.

10

CITY OF SANTA CRUZ, et al.,

11

Defendants.

Case No.  24-cv-07684-HSG

**ORDER SUA SPONTE GRANTING EXTENSION OF TIME TO FILE COMPLETE IN FORMA PAUPERIS APPLICATION**

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On or about November 5, 2024, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 and an *in forma pauperis* application.  Dkt. Nos. 1, 2.  While the certification portion of the *in forma pauperis* application was signed by a correctional official, the certification was not accompanied by a copy of Plaintiff's trust account statement.  Dkt. No. 2.  That same day, the Clerk of the Court informed Plaintiff that his *in forma pauperis* application was insufficient because he had not submitted a copy of his trust account statement showing transactions for the last six months, accompanied by the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility, which would certify that the trust account statement was accurate.  Dkt. No. 3.  Plaintiff was instructed to correct this deficiency within twenty-eight days of the date of this deficiency notice.  *Id.*

On November 18, 2024, Plaintiff filed another *in forma pauperis* application, but this application lacks both the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at Plaintiff's correctional facility and a copy of Plaintiff's trust account statement showing transactions for the last six months.  Dkt. No. 5.  The Court *sua sponte* GRANTS Plaintiff an extension of time to January 17, 2025, to file the documents required to complete his *in forma pauperis* application.  The Clerk is directed to send Plaintiff two copies of

the Court's *in forma pauperis* application.  Failure to file a complete *in forma pauperis* application within the time provided will result in dismissal of this action without further notice to Plaintiff for failure to comply with a court order.

      **IT IS SO ORDERED.**

Dated:   12/16/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California