UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK F KOCH,<br><br>        Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SANTA CRUZ,<br><br>        Defendant. | Case No. 24-cv-07684-HSG<br><br>**ORDER VACATING HEARING; GRANTING ADMINISTRATIVE MOTION TO DEEM MOTION TO DISMISS TIMELY FILED**<br><br>Re: Dkt. Nos. 21, 22 |

Defendant Santa Cruz County has filed a motion to dismiss. ECF Nos. 19, 21. Pursuant to Fed. R. Civ. P. 78(b) and N.D Cal. Civil L.R. 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, which Defendant noticed for March 27, 2025, is hereby VACATED. The Court GRANTS Defendants' administrative motion requesting that the Court find that the motion to dismiss was timely filed on February 14, 2025. The Court DEEMS Defendant's motion to dismiss, docketed at ECF Nos. 19, 21, as timely filed. The two filings are identical and only differ as to the ECF event assigned to the filings.

This order terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated: 2/25/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge